
| | | |
|---|---|---|
| 03700 | Advice #: | 24992636 |
| H | Advice Date: | 28-OCT-2025 |

JULIANA BOTTARO
165 Throne Hill Rd
UNION TWP PA, 18655

Employee ID: 3031984495
SSN:   XXXXX5431

| TAX DATA: | Federal | State |
|---|---|---|
| Marital Status: | S | N |
| Allowances: | N/A | 0 |
| Additional Amount: | 0.00 | 0.00 |
| Additional Percentage: | N/A | 0.00 |

## HOURS AND EARNINGS

| | | | | ----------------- Current ----------------- | | | --------------------- YTD --------------------- | |
|---|---|---|---|---|---|---|---|---|
| Week Begin Dt | Week Ending Dt | Description | | Rate | Hours | Earnings | Hours | Earnings |
| 18-OCT-2025 | 24-OCT-2025 | Rowlands Sales Company | Regular Earnings | 20.00 | 39.96 | 799.20 | 1,623.77 | 32,475.40 |
| | | Overtime | | | | | 3.87 | 116.10 |
| TOTAL: | | | | | 39.96 | 799.20 | 1,627.64 | 32,591.50 |

| TOTAL HOURS WORKED: | 39.96 |
|---|---|

| BEFORE-TAX-DEDUCTIONS | | | STATUTORY DEDUCTIONS | | | AFTER-TAX-DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| | | | Fed Withholdng | 56.70 | 2,225.29 | | | |
| | | | Fed MED/EE | 11.59 | 472.58 | | | |
| | | | Fed OASDI/EE | 49.55 | 2,020.67 | | | |
| | | | PA Unempl EE | 0.56 | 22.81 | | | |
| | | | PA Withholdng | 24.54 | 1,000.58 | | | |
| | | | PA  Withholdng | 7.99 | 325.93 | | | |
| | | | PA  LS Tax | 1.00 | 43.00 | | | |
| TOTAL: | 0.00 | 0.00 | TOTAL: | 151.93 | 6,110.86 | TOTAL: | 0.00 | 0.00 |

| | TOTAL GROSS | BEFORE TAX DEDUCTIONS | FED TAXABLE GROSS | STATUTORY DEDUCTIONS | AFTER TAX DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|---|
| Current: | 799.20 | 0.00 | 799.20 | 151.93 | 0.00 | 647.27 |
| YTD: | 32,591.50 | 0.00 | 32,591.50 | 6,110.86 | 0.00 | 26,480.64 |

| SERVICE HOURS | YTD |
|---|---|
| Length of Service Balance*: | 1,993.22 |
| Holiday Balance*: | 1,913.05 |

*Balance is as of paycheck(s)  received prior to today. Any hours on the current paycheck are not included.

Absence Pay Available to Use:
Eligible to Use:  0.00

| ----- DIRECT DEPOSIT DISBURSEMENT ----- | | | |
|---|---|---|---|
| Account Type | Transit # | Account # | Amount |
| Checking | | XXXXXX0762 | 647.27 |
| NET PAY | | | 647.27 |

MESSAGE: Contact customer Experience with any questions @ pay.timereporting@rhi.com or 1-888-744-9202.



Robert Half Inc.
2884 Sand Hill Road
Menlo Park CA, 94025
888-744-9202

| | | 03700 | Advice #: | 25020054 |
|---|---|---|---|---|
| | | H | Advice Date: | 11-NOV-2025 |

JULIANA BOTTARO
165 Throne Hill Rd
UNION TWP PA, 18655

Employee ID: 3031984495
SSN:      XXXXX5431

| TAX DATA: | Federal | State |
|---|---|---|
| Marital Status: | S | N |
| Allowances: | N/A | 0 |
| Additional Amount: | 0.00 | 0.00 |
| Additional Percentage: | N/A | 0.00 |

## HOURS AND EARNINGS

| Week Begin Dt | Week Ending Dt | Description | | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|---|---|---|
| 01-NOV-2025 | 07-NOV-2025 | Rowlands Sales Company | Regular Earnings | 20.00 | 35.64 | 712.80 | 1,659.41 | 33,188.20 |
| | | Overtime | | | | | 3.87 | 116.10 |
| TOTAL: | | | | | 35.64 | 712.80 | 1,663.28 | 33,304.30 |
| TOTAL HOURS WORKED: | | | | | 35.64 | | | |

| BEFORE-TAX-DEDUCTIONS | | | STATUTORY DEDUCTIONS | | | AFTER-TAX-DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| | | | Fed Withholdng | 46.33 | 2,271.62 | | | |
| | | | Fed MED/EE | 10.33 | 482.91 | | | |
| | | | Fed OASDI/EE | 44.20 | 2,064.87 | | | |
| | | | PA Unempl EE | 0.50 | 23.31 | | | |
| | | | PA Withholdng | 21.88 | 1,022.46 | | | |
| | | | PA  Withholdng | 7.13 | 333.06 | | | |
| | | | PA  LS Tax | 1.00 | 44.00 | | | |
| TOTAL: | 0.00 | 0.00 | TOTAL: | 131.37 | 6,242.23 | TOTAL: | 0.00 | 0.00 |

| | TOTAL GROSS | BEFORE TAX DEDUCTIONS | FED TAXABLE GROSS | STATUTORY DEDUCTIONS | AFTER TAX DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|---|
| Current: | 712.80 | 0.00 | 712.80 | 131.37 | 0.00 | 581.43 |
| YTD: | 33,304.30 | 0.00 | 33,304.30 | 6,242.23 | 0.00 | 27,062.07 |

| SERVICE HOURS | YTD |
|---|---|
| Length of Service Balance*: | 2,033.18 |
| Holiday Balance*: | 1,879.45 |

*Balance is as of paycheck(s)  received prior to today. Any hours on the current paycheck are not included.

Absence Pay Available to Use:
Eligible to Use:  0.00

----- DIRECT DEPOSIT DISBURSEMENT -----

| Account Type | Transit # | Account # | Amount |
|---|---|---|---|
| Checking | | XXXXXX0762 | 581.43 |

| NET PAY | 581.43 |
|---|---|

MESSAGE: Contact customer Experience with any questions @ pay.timereporting@rhi.com or 1-888-744-9202.



Robert Half Inc.
2884 Sand Hill Road
Menlo Park  CA, 94025
888-744-9202

| 03700 | Advice #: | 25034850 |
|---|---|---|
| H | Advice Date: | 18-NOV-2025 |

JULIANA BOTTARO
165 Throne Hill Rd
UNION TWP PA, 18655

Employee ID:   3031984495
SSN:    XXXXX5431

| TAX DATA: | Federal | State |
|---|---|---|
| Marital Status: | S | N |
| Allowances: | N/A | 0 |
| Additional Amount: | 0.00 | 0.00 |
| Additional Percentage: | N/A | 0.00 |

## HOURS AND EARNINGS

| Week Begin Dt | Week Ending Dt | Description | | ----- Current ----- Rate | Hours | Earnings | ----- YTD ----- Hours | Earnings |
|---|---|---|---|---|---|---|---|---|
| 08-NOV-2025 | 14-NOV-2025 | Rowlands Sales Company | Regular Earnings | 20.00 | 40.00 | 800.00 | 1,699.41 | 33,988.20 |
| 08-NOV-2025 | 14-NOV-2025 | Rowlands Sales Company | Overtime | 30.00 | 0.03 | 0.90 | 3.90 | 117.00 |
| TOTAL: | | | | | 40.03 | 800.90 | 1,703.31 | 34,105.20 |
| TOTAL HOURS WORKED: | | | | | 40.03 | | | |

| BEFORE-TAX-DEDUCTIONS | | | STATUTORY DEDUCTIONS | | | AFTER-TAX-DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| | | | Fed Withholdng | 56.91 | 2,328.53 | | | |
| | | | Fed MED/EE | 11.62 | 494.53 | | | |
| | | | Fed OASDI/EE | 49.65 | 2,114.52 | | | |
| | | | PA Unempl EE | 0.56 | 23.87 | | | |
| | | | PA Withholdng | 24.59 | 1,047.05 | | | |
| | | | PA  Withholdng | 8.01 | 341.07 | | | |
| | | | PA  LS Tax | 1.00 | 45.00 | | | |
| TOTAL: | 0.00 | 0.00 | TOTAL: | 152.34 | 6,394.57 | TOTAL: | 0.00 | 0.00 |

| | TOTAL GROSS | BEFORE TAX DEDUCTIONS | FED TAXABLE GROSS | STATUTORY DEDUCTIONS | AFTER TAX DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|---|
| Current: | 800.90 | 0.00 | 800.90 | 152.34 | 0.00 | 648.56 |
| YTD: | 34,105.20 | 0.00 | 34,105.20 | 6,394.57 | 0.00 | 27,710.63 |

| SERVICE HOURS | YTD |
|---|---|
| Length of Service Balance*: | 2,068.82 |
| Holiday Balance*: | 1,874.83 |

*Balance is as of paycheck(s)  received prior to today. Any hours on the current paycheck are not included.

Absence Pay Available to Use:
Eligible to Use:  0.00

| ----- DIRECT DEPOSIT DISBURSEMENT ----- | | | |
|---|---|---|---|
| Account Type | Transit # | Account # | Amount |
| Checking | | XXXXXX0762 | 648.56 |
| NET PAY | | | 648.56 |

MESSAGE: Ensure W2 accuracy, verify name/address/SSN. Report changes to pay.timereporting@rhi.com by 12/31/25



Robert Half Inc.
2884 Sand Hill Road
Menlo Park CA, 94025
888-744-9202

| 03700 | Advice #: | 25042583 |
| --- | --- | --- |
| H | Advice Date: | 24-NOV-2025 |

JULIANA BOTTARO
165 Throne Hill Rd
UNION TWP PA, 18655

Employee ID: 3031984495
SSN: XXXXX5431

| TAX DATA: | Federal | State |
| --- | --- | --- |
| Marital Status: | S | N |
| Allowances: | N/A | 0 |
| Additional Amount: | 0.00 | 0.00 |
| Additional Percentage: | N/A | 0.00 |

## HOURS AND EARNINGS

| | | | | ----- Current ----- | | | ----- YTD ----- | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Week Begin Dt | Week Ending Dt | Description | | Rate | Hours | Earnings | Hours | Earnings |
| 08-NOV-2025 | 14-NOV-2025 | Rowlands Sales Company | Bonus Length of Service | 20.00 | 20.00 | 400.00 | 20.00 | 400.00 |
| | | Overtime | | | | | 3.90 | 117.00 |
| | | Regular Earnings | | | | | 1,699.41 | 33,988.20 |
| TOTAL: | | | | | 20.00 | 400.00 | 1,723.31 | 34,505.20 |

TOTAL HOURS WORKED:

| BEFORE-TAX-DEDUCTIONS | | | STATUTORY DEDUCTIONS | | | AFTER-TAX-DEDUCTIONS | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| | | | Fed Withholdng | 11.15 | 2,339.68 | | | |
| | | | Fed MED/EE | 5.80 | 500.33 | | | |
| | | | Fed OASDI/EE | 24.80 | 2,139.32 | | | |
| | | | PA Unempl EE | 0.28 | 24.15 | | | |
| | | | PA Withholdng | 12.28 | 1,059.33 | | | |
| | | | PA  Withholdng | 4.00 | 345.07 | | | |
| | | | PA  LS Tax | 1.00 | 46.00 | | | |
| TOTAL: | 0.00 | 0.00 | TOTAL: | 59.31 | 6,453.88 | TOTAL: | 0.00 | 0.00 |

| | TOTAL GROSS | BEFORE TAX DEDUCTIONS | FED TAXABLE GROSS | STATUTORY DEDUCTIONS | AFTER TAX DEDUCTIONS | NET PAY |
| --- | --- | --- | --- | --- | --- | --- |
| Current: | 400.00 | 0.00 | 400.00 | 59.31 | 0.00 | 340.69 |
| YTD: | 34,505.20 | 0.00 | 34,505.20 | 6,453.88 | 0.00 | 28,051.32 |

| SERVICE HOURS | YTD |
| --- | --- |
| Length of Service Balance*: | 2,108.85 |
| Holiday Balance*: | 1,876.08 |

*Balance is as of paycheck(s)  received prior to today. Any hours on the current paycheck are not included.

Absence Pay Available to Use:
Eligible to Use:  0.00

| ----- DIRECT DEPOSIT DISBURSEMENT ----- | | | |
| --- | --- | --- | --- |
| Account Type | Transit # | Account # | Amount |
| Checking | | XXXXXX0762 | 340.69 |
| | | | |
| NET PAY | | | 340.69 |

MESSAGE: Ensure W2 accuracy, verify name/address/SSN. Report changes to pay.timereporting@rhi.com by 12/31/25



**Robert Half**®

Robert Half Inc.
2884 Sand Hill Road
Menlo Park CA, 94025
888-744-9202

| 03700 | Advice #: | 25048700 |
|---|---|---|
| H | Advice Date: | 25-NOV-2025 |

JULIANA BOTTARO
165 Throne Hill Rd
UNION TWP PA, 18655

Employee ID: 3031984495
SSN: XXXXX5431

| TAX DATA: | Federal | State |
|---|---|---|
| Marital Status: | S | N |
| Allowances: | N/A | 0 |
| Additional Amount: | 0.00 | 0.00 |
| Additional Percentage: | N/A | 0.00 |

## HOURS AND EARNINGS

| Week Begin Dt | Week Ending Dt | Description | | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|---|---|---|
| 15-NOV-2025 | 21-NOV-2025 | Rowlands Sales Company | Regular Earnings | 20.00 | 39.55 | 791.00 | 1,738.96 | 34,779.20 |
| | | Bonus Length of Service | | | | | 20.00 | 400.00 |
| | | Overtime | | | | | 3.90 | 117.00 |
| TOTAL: | | | | | 39.55 | 791.00 | 1,762.86 | 35,296.20 |
| TOTAL HOURS WORKED: | | | | | 39.55 | | | |

| BEFORE-TAX-DEDUCTIONS | | | STATUTORY DEDUCTIONS | | | AFTER-TAX-DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| | | | Fed Withholdng | 55.72 | 2,395.40 | | | |
| | | | Fed MED/EE | 11.46 | 511.79 | | | |
| | | | Fed OASDI/EE | 49.04 | 2,188.36 | | | |
| | | | PA Unempl EE | 0.56 | 24.71 | | | |
| | | | PA Withholdng | 24.28 | 1,083.61 | | | |
| | | | PA Withholdng | 7.91 | 352.98 | | | |
| | | | PA LS Tax | 1.00 | 47.00 | | | |
| TOTAL: | 0.00 | 0.00 | TOTAL: | 149.97 | 6,603.85 | TOTAL: | 0.00 | 0.00 |

| | TOTAL GROSS | BEFORE TAX DEDUCTIONS | FED TAXABLE GROSS | STATUTORY DEDUCTIONS | AFTER TAX DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|---|
| Current: | 791.00 | 0.00 | 791.00 | 149.97 | 0.00 | 641.03 |
| YTD: | 35,296.20 | 0.00 | 35,296.20 | 6,603.85 | 0.00 | 28,692.35 |

| SERVICE HOURS | YTD |
|---|---|
| Length of Service Balance*: | 8.85 |
| Holiday Balance*: | 1,876.08 |

*Balance is as of paycheck(s) received prior to today. Any hours on the current paycheck are not included.

Absence Pay Available to Use:
Eligible to Use: 0.00

| ----- DIRECT DEPOSIT DISBURSEMENT ----- | | | |
|---|---|---|---|
| Account Type | Transit # | Account # | Amount |
| Checking | | XXXXXX0762 | 641.03 |
| | | | |
| NET PAY | | | 641.03 |

MESSAGE: Ensure W2 accuracy, verify name/address/SSN. Report changes to pay.timereporting@rhi.com by 12/31/25



Robert Half Inc.
2884 Sand Hill Road
Menlo Park  CA, 94025
888-744-9202

| 03700 | Advice #: | 25060682 |
|---|---|---|
| H | Advice Date: | 02-DEC-2025 |

JULIANA BOTTARO
165 Throne Hill Rd
UNION TWP PA, 18655

Employee ID: 3031984495
SSN:  XXXXX5431

| TAX DATA: | Federal | State |
|---|---|---|
| Marital Status: | S | N |
| Allowances: | N/A | 0 |
| Additional Amount: | 0.00 | 0.00 |
| Additional Percentage: | N/A | 0.00 |

## HOURS AND EARNINGS

| Week Begin Dt | Week Ending Dt | Description | | ----- Current ----- | | | ----- YTD ----- | |
|---|---|---|---|---|---|---|---|---|
| | | | | Rate | Hours | Earnings | Hours | Earnings |
| 22-NOV-2025 | 28-NOV-2025 | Rowlands Sales Company | Regular Earnings | 20.00 | 34.76 | 695.20 | 1,773.72 | 35,474.40 |
| | | Bonus Length of Service | | | | | 20.00 | 400.00 |
| | | Overtime | | | | | 3.90 | 117.00 |
| TOTAL: | | | | | 34.76 | 695.20 | 1,797.62 | 35,991.40 |
| TOTAL HOURS WORKED: | | | | | 34.76 | | | |

| BEFORE-TAX-DEDUCTIONS | | | STATUTORY DEDUCTIONS | | | AFTER-TAX-DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| | | | Fed Withholdng | 44.22 | 2,439.62 | | | |
| | | | Fed MED/EE | 10.09 | 521.88 | | | |
| | | | Fed OASDI/EE | 43.11 | 2,231.47 | | | |
| | | | PA Unempl EE | 0.48 | 25.19 | | | |
| | | | PA Withholdng | 21.34 | 1,104.95 | | | |
| | | | PA  Withholdng | 6.95 | 359.93 | | | |
| | | | PA  LS Tax | 1.00 | 48.00 | | | |
| TOTAL: | 0.00 | 0.00 | TOTAL: | 127.19 | 6,731.04 | TOTAL: | 0.00 | 0.00 |

| | TOTAL GROSS | BEFORE TAX DEDUCTIONS | FED TAXABLE GROSS | STATUTORY DEDUCTIONS | AFTER TAX DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|---|
| Current: | 695.20 | 0.00 | 695.20 | 127.19 | 0.00 | 568.01 |
| YTD: | 35,991.40 | 0.00 | 35,991.40 | 6,731.04 | 0.00 | 29,260.36 |

| SERVICE HOURS | YTD | | | | | |
|---|---|---|---|---|---|---|
| Length of Service Balance*: | 48.40 | | Absence Pay Available to Use: | | ----- DIRECT DEPOSIT DISBURSEMENT ----- | |
| Holiday Balance*: | 1,889.69 | | Eligible to Use:  0.00 | Account Type | Transit # | Account # | Amount |
| | | | | Checking | | XXXXXX0762 | 568.01 |
| *Balance is as of paycheck(s)  received prior to today. Any hours on the current paycheck are not included. | | | | | | |
| | | | | NET PAY | | | 568.01 |

MESSAGE: Ensure W2 accuracy, verify name/address/SSN. Report changes to pay.timereporting@rhi.com by 12/31/25



Robert Half Inc.
2884 Sand Hill Road
Menlo Park CA, 94025
888-744-9202

| | | |
|---|---|---|
| 03700 | Advice #: | 25066901 |
| H | Advice Date: | 05-DEC-2025 |

JULIANA BOTTARO
165 Throne Hill Rd
UNION TWP PA, 18655

Employee ID: 3031984495
SSN:   XXXXX5431

| TAX DATA: | Federal | State |
|---|---|---|
| Marital Status: | S | N |
| Allowances: | N/A | 0 |
| Additional Amount: | 0.00 | 0.00 |
| Additional Percentage: | N/A | 0.00 |

## HOURS AND EARNINGS

| Week Begin Dt | Week Ending Dt | Description | | Rate | Hours | Earnings | Hours | Earnings |
|---|---|---|---|---|---|---|---|---|
| | | | | | ---- Current ---- | | ---- YTD ---- | |
| 08-NOV-2025 | 14-NOV-2025 | Rowlands Sales Company | Overtime Premium - LOS | | 1.33 | | 1.33 | 1.33 |
| | | Bonus Length of Service | | | | | 20.00 | 400.00 |
| | | Overtime | | | | | 3.90 | 117.00 |
| | | Regular Earnings | | | | | 1,773.72 | 35,474.40 |
| TOTAL: | | | | | 1.33 | | 1,797.62 | 35,992.73 |

TOTAL HOURS WORKED:

| BEFORE-TAX-DEDUCTIONS | | | STATUTORY DEDUCTIONS | | | AFTER-TAX-DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| | | | Fed Withholdng | | 2,439.62 | | | |
| | | | Fed MED/EE | 0.01 | 521.89 | | | |
| | | | Fed OASDI/EE | 0.08 | 2,231.55 | | | |
| | | | PA Withholdng | 0.04 | 1,104.99 | | | |
| | | | PA Withholdng | 0.01 | 359.94 | | | |
| | | | PA LS Tax | 1.00 | 49.00 | | | |
| | | | PA Unempl EE | | 25.19 | | | |
| TOTAL: | 0.00 | 0.00 | TOTAL: | 1.14 | 6,732.18 | TOTAL: | 0.00 | 0.00 |

| | TOTAL GROSS | BEFORE TAX DEDUCTIONS | FED TAXABLE GROSS | STATUTORY DEDUCTIONS | AFTER TAX DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|---|
| Current: | 1.33 | 0.00 | 1.33 | 1.14 | 0.00 | 0.19 |
| YTD: | 35,992.73 | 0.00 | 35,992.73 | 6,732.18 | 0.00 | 29,260.55 |

| SERVICE HOURS | YTD | | | |
|---|---|---|---|---|
| Length of Service Balance*: | 83.16 | | | |
| Holiday Balance*: | 1,924.45 | | | |
| | | | | |
| *Balance is as of paycheck(s) received prior to today. Any hours on the current paycheck are not included. | | | | |

Absence Pay Available to Use:
Eligible to Use:  0.00

----- DIRECT DEPOSIT DISBURSEMENT -----

| Account Type | Transit # | Account # | Amount |
|---|---|---|---|
| Checking | | XXXXXX0762 | 0.19 |
| | | | |
| NET PAY | | | 0.19 |

MESSAGE: Ensure W2 accuracy, verify name/address/SSN. Report changes to pay.timereporting@rhi.com by 12/31/25



Robert Half Inc.
2884 Sand Hill Road
Menlo Park  CA, 94025
888-744-9202

| | 03700 | Advice #: | 25077700 |
|---|---|---|---|
| | H | Advice Date: | 10-DEC-2025 |

JULIANA BOTTARO
165 Throne Hill Rd
UNION TWP PA, 18655

Employee ID: 3031984495
SSN:       XXXXX5431

| TAX DATA: | Federal | State |
|---|---|---|
| Marital Status: | S | N |
| Allowances: | N/A | 0 |
| Additional Amount: | 0.00 | 0.00 |
| Additional Percentage: | N/A | 0.00 |

## HOURS AND EARNINGS

| Week Begin Dt | Week Ending Dt | Description | | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|---|---|---|
| 29-NOV-2025 | 05-DEC-2025 | Rowlands Sales Company | Regular Earnings | 20.00 | 40.00 | 800.00 | 1,813.72 | 36,274.40 |
| 29-NOV-2025 | 05-DEC-2025 | Rowlands Sales Company | Overtime | 30.00 | 0.05 | 1.50 | 3.95 | 118.50 |
| | | Bonus Length of Service | | | | | 20.00 | 400.00 |
| | | Overtime Premium - LOS | | | | | | 1.33 |
| TOTAL: | | | | | 40.05 | 801.50 | 1,837.67 | 36,794.23 |
| TOTAL HOURS WORKED: | | | | | 40.05 | | | |

| BEFORE-TAX-DEDUCTIONS | | | STATUTORY DEDUCTIONS | | | AFTER-TAX-DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| | | | Fed Withholdng | 56.98 | 2,496.60 | | | |
| | | | Fed MED/EE | 11.63 | 533.52 | | | |
| | | | Fed OASDI/EE | 49.69 | 2,281.24 | | | |
| | | | PA Unempl EE | 0.57 | 25.76 | | | |
| | | | PA Withholdng | 24.61 | 1,129.60 | | | |
| | | | PA  Withholdng | 8.02 | 367.96 | | | |
| | | | PA  LS Tax | 1.00 | 50.00 | | | |
| TOTAL: | 0.00 | 0.00 | TOTAL: | 152.50 | 6,884.68 | TOTAL: | 0.00 | 0.00 |

| | TOTAL GROSS | BEFORE TAX DEDUCTIONS | FED TAXABLE GROSS | STATUTORY DEDUCTIONS | AFTER TAX DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|---|
| Current: | 801.50 | 0.00 | 801.50 | 152.50 | 0.00 | 649.00 |
| YTD: | 36,794.23 | 0.00 | 36,794.23 | 6,884.68 | 0.00 | 29,909.55 |

| SERVICE HOURS | YTD |
|---|---|
| Length of Service Balance*: | 83.16 |
| Holiday Balance*: | 1,884.35 |

*Balance is as of paycheck(s)  received prior to
today. Any hours on the current paycheck are not
included.

Absence Pay Available to Use:
Eligible to Use:  0.00

| ----- DIRECT DEPOSIT DISBURSEMENT ----- | | | |
|---|---|---|---|
| Account Type | Transit # | Account # | Amount |
| Checking | | XXXXXX0762 | 649.00 |
| NET PAY | | | 649.00 |

MESSAGE: Ensure W2 accuracy, verify name/address/SSN. Report changes to pay.timereporting@rhi.com by 12/31/25

 **Robert Half**®

Robert Half Inc.
2884 Sand Hill Road
Menlo Park  CA, 94025
888-744-9202

| 03700 | Advice #: | 25088417 |
|---|---|---|
| H | Advice Date: | 16-DEC-2025 |

| JULIANA BOTTARO | TAX DATA: | | Federal | State |
|---|---|---|---|---|
| 165 Throne Hill Rd | Marital Status: | | S | N |
| UNION TWP PA, 18655 | Allowances: | | N/A | 0 |
| | Additional Amount: | | 0.00 | 0.00 |
| Employee ID: 3031984495 | Additional Percentage: | | N/A | 0.00 |
| SSN: XXXXX5431 | | | | |

## HOURS AND EARNINGS

| | | | | ---------------- Current ---------------- | | | -------------------- YTD ---------------------- | |
|---|---|---|---|---|---|---|---|---|
| Week Begin Dt | Week Ending Dt | Description | | Rate | Hours | Earnings | Hours | Earnings |
| 06-DEC-2025 | 12-DEC-2025 | Rowlands Sales Company | Regular Earnings | 20.00 | 33.81 | 676.20 | 1,847.53 | 36,950.60 |
| | | Bonus Length of Service | | | | | 20.00 | 400.00 |
| | | Overtime Premium - LOS | | | | | | 1.33 |
| | | Overtime | | | | | 3.95 | 118.50 |
| TOTAL: | | | | | 33.81 | 676.20 | 1,871.48 | 37,470.43 |
| TOTAL HOURS WORKED: | | | | | 33.81 | | | |

| BEFORE-TAX-DEDUCTIONS | | | STATUTORY DEDUCTIONS | | | AFTER-TAX-DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| | | | Fed Withholdng | 41.94 | 2,538.54 | | | |
| | | | Fed MED/EE | 9.80 | 543.32 | | | |
| | | | Fed OASDI/EE | 41.93 | 2,323.17 | | | |
| | | | PA Unempl EE | 0.47 | 26.23 | | | |
| | | | PA Withholdng | 20.76 | 1,150.36 | | | |
| | | | PA  Withholdng | 6.76 | 374.72 | | | |
| | | | PA  LS Tax | 1.00 | 51.00 | | | |
| TOTAL: | 0.00 | 0.00 | TOTAL: | 122.66 | 7,007.34 | TOTAL: | 0.00 | 0.00 |

| | TOTAL GROSS | BEFORE TAX DEDUCTIONS | FED TAXABLE GROSS | STATUTORY DEDUCTIONS | AFTER TAX DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|---|
| Current: | 676.20 | 0.00 | 676.20 | 122.66 | 0.00 | 553.54 |
| YTD: | 37,470.43 | 0.00 | 37,470.43 | 7,007.34 | 0.00 | 30,463.09 |

| SERVICE HOURS | YTD | | Absence Pay Available to Use: | ----- DIRECT DEPOSIT DISBURSEMENT ----- | | | |
|---|---|---|---|---|---|---|---|
| | | | Eligible to Use:  0.00 | Account Type | Transit # | Account # | Amount |
| Length of Service Balance*: | 123.21 | | | Checking | | XXXXXX0762 | 553.54 |
| Holiday Balance*: | 1,884.36 | | | | | | |
| | | | | | | | |
| *Balance is as of paycheck(s)  received prior to today. Any hours on the current paycheck are not included. | | | | | | | |
| | | | | NET PAY | | | 553.54 |

MESSAGE: Ensure W2 accuracy, verify name/address/SSN. Report changes to pay.timereporting@rhi.com by 12/31/25



| | | | Robert Half Inc. | | | 03700 | Advice #: | 25106457 |
| | | | 2884 Sand Hill Road | | | | | |
| | | | Menlo Park CA, 94025 | | | H | Advice Date: | 24-DEC-2025 |
| | | | 888-744-9202 | | | | | |

| JULIANA BOTTARO | | | | | |
| 165 Throne Hill Rd | | | | | |
| UNION TWP PA, 18655 | | | | | |
| | TAX DATA: | | Federal | State | |
| Employee ID: 3031984495 | Marital Status: | | S | N | |
| SSN: XXXXX5431 | Allowances: | | N/A | 0 | |
| | Additional Amount: | | 0.00 | 0.00 | |
| | Additional Percentage: | | N/A | 0.00 | |

## HOURS AND EARNINGS

| | | | | ----- Current ----- | | | ----- YTD ----- | |
| Week Begin Dt | Week Ending Dt | Description | | Rate | Hours | Earnings | Hours | Earnings |
|---|---|---|---|---|---|---|---|---|
| 13-DEC-2025 | 19-DEC-2025 | Rowlands Sales Company | Regular Earnings | 20.00 | 40.00 | 800.00 | 1,887.53 | 37,750.60 |
| 13-DEC-2025 | 19-DEC-2025 | Rowlands Sales Company | Overtime | 30.00 | 0.26 | 7.80 | 4.21 | 126.30 |
| | | Bonus Length of Service | | | | | 20.00 | 400.00 |
| | | Overtime Premium - LOS | | | | | | 1.33 |
| TOTAL: | | | | | 40.26 | 807.80 | 1,911.74 | 38,278.23 |
| TOTAL HOURS WORKED: | | | | | 40.26 | | | |

| BEFORE-TAX-DEDUCTIONS | | | STATUTORY DEDUCTIONS | | | AFTER-TAX-DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| | | | Fed Withholdng | 57.73 | 2,596.27 | | | |
| | | | Fed MED/EE | 11.71 | 555.03 | | | |
| | | | Fed OASDI/EE | 50.08 | 2,373.25 | | | |
| | | | PA Unempl EE | 0.56 | 26.79 | | | |
| | | | PA Withholdng | 24.80 | 1,175.16 | | | |
| | | | PA  Withholdng | 8.08 | 382.80 | | | |
| | | | PA  LS Tax | 1.00 | 52.00 | | | |
| TOTAL: | 0.00 | 0.00 | TOTAL: | 153.96 | 7,161.30 | TOTAL: | 0.00 | 0.00 |

| | TOTAL GROSS | BEFORE TAX DEDUCTIONS | FED TAXABLE GROSS | STATUTORY DEDUCTIONS | AFTER TAX DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|---|
| Current: | 807.80 | 0.00 | 807.80 | 153.96 | 0.00 | 653.84 |
| YTD: | 38,278.23 | 0.00 | 38,278.23 | 7,161.30 | 0.00 | 31,116.93 |

| SERVICE HOURS | YTD | | Absence Pay Available to Use: | | ----- DIRECT DEPOSIT DISBURSEMENT ----- | | | |
|---|---|---|---|---|---|---|---|---|
| | | | Eligible to Use: 0.00 | Account Type | Transit # | Account # | Amount |
| Length of Service Balance*: | 157.02 | | | Checking | | XXXXXX0762 | 653.84 |
| Holiday Balance*: | 1,878.08 | | | | | | |
| | | | | | | | |
| *Balance is as of paycheck(s) received prior to today. Any hours on the current paycheck are not included. | | | | | | | |
| | | | | NET PAY | | | 653.84 |

MESSAGE**:** Ensure W2 accuracy, verify name/address/SSN. Report changes to pay.timereporting@rhi.com by 12/31/25