# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Juliana Antonietta Bottaro,
aka Juliana Bottaro, aka Juliana A Bottaro,

Chapter      7

**Debtor 1**

Case No.     5:25−bk−03672−MJC

Social Security No.:

      xxx−xx−5431

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

## IT IS ORDERED THAT:

**Lawrence G. Frank**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

BY THE COURT
By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated:  April 10, 2026

**fnldecac** (05/18)