United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                  Case No. 25-03672-MJC

Juliana Antonietta Bottaro                                              Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                     User: admin                                    Page 1 of 2

Date Rcvd: Apr 10, 2026                  Form ID: 318                              Total Noticed: 15

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Juliana Antonietta Bottaro, 165 Thorne Hill Road, Shickshinny, PA 18655-4410 |
| 5769240 | | Callum Hemmings, 23 Beauly Crescent, Dunfermline, KY11 8GW United Kingdom |
| 5769242 | | Casey Hurst, 3244 Deer Creek Dr, Middleburg, FL 32068-1724 |
| 5769247 | + | Law Offices of Hayt, Hayt & Landau, LLC, 2 Industrial Way W, Eatontown, NJ 07724-2279 |
| 5769249 | | US Attorney for the PA Middle District, William J. Nealon Federal Building, 235 N Washington Ave Ste 311, Scranton, PA 18503-1533 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5769239 | | Email/PDF: AffirmBKNotifications@resurgent.com | Apr 10 2026 18:48:11 | Affirm Inc, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 5769241 | | EDI: CAPITALONE.COM | Apr 10 2026 22:41:00 | Capital One Bank, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5769245 | | EDI: DISCOVER | Apr 10 2026 22:41:00 | Discover Bank, 6500 New Albany Rd E, New Albany, OH 43054-8730 |
| 5769244 | + | EDI: MAXMSAIDV | Apr 10 2026 22:41:00 | Dept of Ed/Aidvantage, PO Box 300001, Greenville, TX 75403-3001 |
| 5769246 | ^ | MEBN | Apr 10 2026 18:38:05 | January Technologies, Inc., 176 Grand Street, 4th Floor, New York, NY 10013-3786 |
| 5769248 | ^ | MEBN | Apr 10 2026 18:38:21 | Mohela/Earnest, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 5769250 | | Email/Text: edbknotices@ecmc.org | Apr 10 2026 18:39:00 | US Department of Education, 400 Maryland Ave SW, Washington, DC 20202-0001 |
| 5769251 | | Email/Text: bkelectronicnotices@usaa.com | Apr 10 2026 18:39:00 | USAA Federal Savings Bank, Attn: Bankruptcy, 9800 Fredericksburg Rd, San Antonio, TX 78288-0001 |
| 5769252 | + | EDI: VERIZONCOMB.COM | Apr 10 2026 22:41:00 | Verizon Wireless, 500 Technology Drive, Saint Charles, MO 63304-2225 |
| 5769253 | ^ | MEBN | Apr 10 2026 18:38:25 | Weltman, Weinberg & Reis Co., L.P.A., 520 Walnut St, Suite 1355, Philadelphia, PA 19106-3602 |

TOTAL: 10

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5769243 | * | Casey Hurst, 3244 Deer Creek Drive, Middleburg, FL 32068-1724 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2026        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Carlo Sabatini | on behalf of Debtor 1 Juliana Antonietta Bottaro usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email |
| Lawrence G. Frank | lawrencegfrank@gmail.com  PA39@ecfcbis.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 3

| | | | |
|---|---|---|---|
| Debtor 1 | Juliana Antonietta Bottaro | Social Security number or ITIN | xxx–xx–5431 |
| | First Name    Middle Name    Last Name | EIN    _ _–_ _ _ _ _ _ _ | |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ | |
| | | EIN    _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court | Middle District of Pennsylvania | | |
| Case number: | 5:25–bk–03672–MJC | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Juliana Antonietta Bottaro
aka Juliana Bottaro, aka Juliana A Bottaro

4/10/26

**By the court:**

Mark J. Conway, United States
Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

| | | |
|---|---|---|
| Official Form 318 | **Order of Discharge** | page 1 |

**Some debts are not discharged**
Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for most taxes;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- ♦ some debts which the debtors did not properly list;

- ♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---