United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                    Case No. 25-03672-MJC

Juliana Antonietta Bottaro                                                Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                          User: admin                                    Page 1 of 1

Date Rcvd: Apr 13, 2026                       Form ID: fnldecac                              Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2026:**

**Recip ID**          **Recipient Name and Address**
db          + Juliana Antonietta Bottaro, 165 Thorne Hill Road, Shickshinny, PA 18655-4410

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2026                          Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2026 at the address(es) listed below:**

**Name**          **Email Address**

Carlo Sabatini

    on behalf of Debtor 1 Juliana Antonietta Bottaro usbkct@bankruptcypa.com
kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatin i.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email

Lawrence G. Frank

    lawrencegfrank@gmail.com  PA39@ecfcbis.com

United States Trustee

    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 3

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Juliana Antonietta Bottaro,                      Chapter        7
 aka Juliana Bottaro, aka Juliana A Bottaro,

**Debtor 1**                                     Case No.       5:25−bk−03672−MJC

Social Security No.:
                          xxx−xx−5431
Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

## IT IS ORDERED THAT:

**Lawrence G. Frank**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

BY THE COURT
By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated:  April 10, 2026

**fnldecac** (05/18)

Case 5:25-bk-03672-MJC   Doc 14   Filed 04/15/26   Entered 04/16/26 00:28:29   Desc
Imaged Certificate of Notice   Page 2 of 2